DATE:  March 3, 2020

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  <u>Linda Kaye Nelson</u>, s/k/a
    <u>Linda Lay Nelson</u>, s/k/a
    <u>Linda Kay Nelson</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 0242-19-3
    Opinion rendered by Judge Petty on
    January 7, 2020

2.  <u>Roy Leeshun Williams</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 0603-18-2
    Opinion rendered by Chief Judge Decker on
    January 14, 2020

3.  <u>Cassandra Marcelle Murray</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 1226-18-1
    Opinion rendered by Judge Humphreys on
    January 14, 2020

4.  <u>Merck & Co., Inc.</u>
    v. <u>Merrick B. Vincent</u>
    Record No. 0424-19-1
    Opinion rendered by Judge Huff on
    January 14, 2020

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Calvin Darnell Butcher
    v. Commonwealth of Virginia
    Record No. 0974-16-2
     Opinion rendered by Judge Russell
       on November 6, 2018
     Judgment of Court of Appeals affirmed; portion of opinion addressing
       conjunctive/disjunctive interpretations of Code § 46.2-894 vacated by opinion
       rendered on February 27, 2020 (181608)

2. Justin Godfrey Fahringer
    v. Commonwealth of Virginia
    Record No. 0370-18-3
     Opinion rendered by Judge Chafin
       on April 30, 2019
     Dismissed pursuant to Rule 5:17(c)(1)(iii) (190696)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Sarah Elizabeth Flanders
   v. Commonwealth of Virginia
   Record No. 0486-17-1
   Memorandum opinion rendered by Retired Judge Bumgardner on July 10, 2018
   Judgment of Court of Appeals affirmed by opinion rendered on February 13, 2020
   (181228)

2. Jermica Shondal Taylor
   v. Commonwealth of Virginia
   Record No. 1855-17-1
   Memorandum opinion rendered by Judge Huff on December 4, 2018
   Judgment of Court of Appeals affirmed by opinion rendered on February 6, 2020
   (181684)